Case 4:18-cr-00306-KGB   Document 1   Filed 06/06/18   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN - 6 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:18-CR- 00306 KGB |
| | ) | |
| v. | ) | Violation: |
| | ) | 18 U.S.C. § 922(g)(1) |
| ROBERT LEE WALKER, JR. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A.   Prior to December 18, 2017, the defendant,

**ROBERT LEE WALKER, JR.,**

had previously been convicted as follows:

1. In Pulaski County Circuit Court for Aggravated Robbery and First Degree Battery, in criminal case CR-99-3923;

2. In Pulaski County Circuit Court for Delivery of Methamphetamine or Cocaine and Use of a Communication Device, in criminal case CR-11-3357;

3. In Pulaski County Circuit Court for Delivery of Methamphetamine or Cocaine, in criminal case CR-11-4411; and

4. In Pulaski County Circuit Court for Possession of Firearms by Certain Persons, Possession of a Controlled Substance with Purpose to Deliver, Possession of Drug Paraphernalia, and Maintaining a Drug Premises, in criminal case CR-15-1180.

B.    The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.    On or about December 18, 2017, in the Eastern District of Arkansas, the defendant,

**ROBERT LEE WALKER, JR.,**

did knowingly possess the following firearm in and affecting commerce, to wit, one Smith & Wesson, .357 magnum revolver, bearing serial number CBM2452, thereby violating Title 18, United States Code, Section 922(g)(1).

[End of text. Signature page to follow.]